IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALVIN HARRIS,

   Plaintiff,

  v.

AGL RESOURCES, INC.
A Georgia Corporation,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-2838-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED. This action is DISMISSED with prejudice.

SO ORDERED, this 24 day of April, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Harris\07cv2838\r&r.wpd